IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY STRAIGHT,<br><br>　　　　　Defendant. | 8:17CR385<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

　　　　The defendant appeared before the Court on October 13, 2023 for a Detention Hearing regarding Petition for Offender Under Supervision [42].  Michael Hansen represented the defendant. Matt Lierman represented the government.

　　　　On October 12, 2023, the defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release.  The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:00 a.m. on November 8, 2023.

　　　　　The government did not move for detention.  The defendant shall be released on the current terms and conditions of supervision to include going directly to the Remnant Fellowship Discipleship Center after release and participating in their program.

　　　　**IT IS SO ORDERED**.

　　　　Dated this 13th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge